UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HISCOX DEDICATED CORPORATE MEMBER LTD., etc., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID ALLEN CONDON, <br><br> Defendant, <br><br> AND RELATED COUNTERCLAIM. | 2:09-cv-1166-ECR-RJJ <br><br> O R D E R |

This matter was referred to the undersigned Magistrate Judge on Plaintiff/Counter-Defendant's Motion to Strike Defendant's Designation of Expert Witnesses (#43).

The Court has reviewed the Motion to Strike (#43), the Opposition (#45) and the Reply (#48). Based on this review, the court finds that experts were not timely disclosed pursuant to Fed. R. Civ. P. 26(a)(2) and according to the stipulated schedule in this case. (#16). Further, the proposed experts appear to be of dubious qualifications and expertise, though the court does not rule on this in light of the decision to strike defendants' experts. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant's Motion to Strike Defendant's Designation of Expert Witnesses (#43) is **GRANTED.**

DATED this  9th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge