1  W. RANDOLPH PATTON, ESQ.
   Nevada Bar No.: 00365
2  PATTON, SHEA & KIRALY, P.C.
   3016 West Charleston Blvd., Suite 195
3  Las Vegas, Nevada 89102
4  (702) 870-6790 - *Phone*
   (702) 870-7490 - *Facsimile*
5  Rpatton@psklawfirm.com

6  Attorney for Plaintiff/Counter-Defendant
7  HISCOX DEDICATED CORPORATE
   MEMBER LTD. AND CERTAIN OTHER
8  UNDERWRITERS AT LLOYD'S, LONDON
   WHO SUBSCRIBED LLOYD'S POLICY
9  NO. HD 0001594

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| HISCOX DEDICATED CORPORATE MEMBER LTD. AND CERTAIN OTHER UNDERWRITERS AT LLOYD'S, LONDON, WHO SUBSCRIBED LLOYD'S POLICY NO. HD 0001594, | CASE NO.: 2:09-cv-01166-ECR-RJJ |
|---|---|
| Plaintiffs, | **STIPULATION FOR JUDGMENT AND JUDGMENT** |
| vs. | |
| DAVID ALLEN CONDON, INDIVIDUALLY, AND DOING BUSINESS AS DC COLLECTIBLES. | |
| Defendant. | |
| DAVID ALLEN CONDON, INDIVIDUALLY, AND DOING BUSINESS AS DC COLLECTIBLES, | |
| Counter-Claimant, | |
| vs. | |
| HISCOX DEDICATED CORPORATE MEMBER LTD. AND CERTAIN OTHER | |

| | |
|---|---|
| 1<br>2 | UNDERWRITERS AT LLOYD'S, LONDON, WHO SUBSCRIBED LLOYD'S POLICY NO. HD 0001594, |
| 3<br>4 | Cross-Defendant. |

## STIPULATION FOR JUDGMENT AND JUDGMENT

It is hereby stipulated and agreed, by and among Plaintiff, HISCOX DEDICATED CORPORATE MEMBER LTD. AND CERTAIN OTHER UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED LLOYD'S POLICY NO. HD 0001594 (hereinafter "HISCOX"), by and through their counsel, W. RANDOLPH PATTON, ESQUIRE, of the law firm of PATTON, SHEA & KIRALY, P.C., and the Defendant, DAVID ALLEN CONDON, INDIVIDUALLY, AND DOING BUSINESS AS DC COLLECTIBLES (hereinafter "Condon"), by and through his attorneys, STANLEY P. LIEBER, ESQUIRE of LIEBER, WILLIAMS, LABIN LLP and GARRY L. HAYES, ESQUIRE of HAYES & WELSH, as follows:

Declaratory Judgment shall issue:

1. That HISCOX do not have a duty to indemnify Defendant CONDON for any loss that might have arisen from the claims made by Condon under the policy of insurance bearing Lloyd's, London Policy No. HD 0001594, except for the sum of $56,000.00, Hiscox shall pay pursuant to the Mutual Release executed contemporaneous herewith;

2. Defendant CONDON's counterclaim be dismissed, with prejudice; and

3. Each party bear their own costs and attorney's fees incurred herein.

| | |
|---|---|
| 1  DATED: January 14, 2011. | DATED: January 11, 2011. |
| 2 | **LIEBER WILLIAMS & LABIN** |
| 3 | |
| 4  **PATTON, SHEA & KIRALY, P.C.** | |

_____
W. RANDOLPH PATTON, ESQ.

rpatton@psklawfirm.com

Nevada Bar No. 000365

3016 West Charleston Blvd., Ste. 195

Las Vegas, Nevada 89102

(702) 870-6790 *Telephone*

(702) 870-7490 *Facsimile*

*Attorney for Plaintiff/Counter-Defendant*

HISCOX DEDICATED CORPORATE MEMBER LTD. AND CERTAIN OTHER UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED LLOYD'S POLICY NO. HD 0001594

_____
STANLEY P. LIEBER, ESQ.

Stan@lieberlaw.com

6351 Owensmouth Avenue, Ste. 100

Woodland Hills, CA    91367

(323) 461-0598 *Telephone*

(323) 389-2742 *Facsimile*

*Attorney for Defendant/Counter-Claimant*

*David Allen Condon*

DATED: January __11__, 2011.

**HAYES & WELSH**

_____
GARRY HAYES, ESQ.

Nevada Bar No. 001540

ghayes@lvlaw.com

199 North Arroyo Grande Blvd., Ste. 200

Henderson, NV  89074

(702) 434-3444 *Telephone*

(702) 434-3739 *Facsimile*

*Attorney for Defendant/Counter-Claimant*

*David Allen Condon*

## JUDGMENT

It appearing to the court that the parties have stipulated to Judgment in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Declaratory Judgment is hereby entered in favor of Plaintiff and against the

Defendant that HISCOX do not have a duty to indemnify Defendant CONDON for any loss that might have arisen from the claims made by Condon under the policy of insurance bearing Lloyd's, London Policy No. HD 0001594, except for the sum of $56,000.00, Hiscox shall pay pursuant to the Mutual Release executed contemporaneously herewith;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant's counterclaim be and the same is hereby dismissed, with prejudice; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs and attorney's fees incurred herein.

IT IS SO ORDERED this 18th day of January, 2011.

_Edward C. Reed_
**UNITED STATES DISTRICT COURT JUDGE**